UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: JOHNSON, KARL A | § | Case No. 10-47520 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GLENN R. HEYMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 07/26/2012 in Courtroom 742, United States Courthouse Courthouse, 219 S. Dearborn, Chicago, IL. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/26/2012           By:   /s/Glenn R. Heyman
                                        Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: JOHNSON, KARL A     §    Case No. 10-47520
                           §
                           §
                           §
Debtor(s)                  §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 130,044.59 |
| *and approved disbursements of* | $ 3,554.13 |
| *leaving a balance on hand of* [1] | $ 126,490.46 |
| **Balance on hand:** | $ 126,490.46 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 126,490.46 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - GLENN R. HEYMAN | 9,752.23 | 0.00 | 9,752.23 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 6,812.50 | 0.00 | 6,812.50 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 80.04 | 0.00 | 80.04 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 16,644.77 |
| Remaining balance: | $ 109,845.69 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $         0.00
Remaining balance:   $   109,845.69

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $         0.00
Remaining balance:   $   109,845.69

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 594,666.15 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 18.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Ketan Shah | 448,344.82 | 0.00 | 82,817.47 |
| 2 | ECMC | 115,107.88 | 0.00 | 21,262.53 |
| 3 | Portfolio Recovery Associates, LLC | 13,935.30 | 0.00 | 2,574.10 |
| 4 | Office Partners, Inc. | 6,914.97 | 0.00 | 1,277.32 |
| 5 | Sheldon M. Lustig | 10,363.18 | 0.00 | 1,914.27 |

Total to be paid for timely general unsecured claims:   $   109,845.69
Remaining balance:   $         0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/GLENN R. HEYMAN
Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 10-47520-CAD
Karl A Johnson                                                        Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: arodarte         Page 1 of 3         Date Rcvd: Jun 27, 2012
                            Form ID: pdf006        Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2012.
```
db         +Karl A Johnson,   2254 Greenview Rd,   Northbrook, IL 60062-6631
16987838   +Abn Amro Mortgage Grou,   Po Box 9438,   Gaithersburg, MD 20898-9438
16987840   +Acs/College Loan Corp,   501 Bleecker St,   Utica, NY 13501-2401
16987841   +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
16987842   +Bank Of America,   4161 Piedmont Pkwy,   Greensboro, NC 27410-8119
16987843   +Bank One,   900 Tower Dr 14th Floor,   Troy, MI 48098-2822
16319867   +Bank of America,   c/o Pierce & Associates,   1 N. Dearborn, Ste 1300,   Chicago, IL 60602-4321
16987847  ++CHRYSLER FINANCIAL,   27777 INKSTER RD,   FARMINGTON HILLS MI 48334-5326
            (address filed with court: Chrysler Financial,   999 Oakmont Plaza Dr,   Westmont, IL 60559)
16987844   +Chase,   9601 Mcallister Freeway,   San Antonio, TX 78216-4681
16987845    Chase,   Po Box 24696,   Columbus, OH 43224-0696
16987846   +Chase Manhattan Mtge,   3415 Vision Dr,   Columbus, OH 43219-6009
16987848   +Citi,   Pob 6241,   Sioux Falls, SD 57117-6241
16987849    College Loan,   C/O Acs 501 B S,   Utica, NY 13501
16987850   +Conseco,   1400 Turbine Drive,   Rapid City, SD 57703-4719
17188391   +ECMC,   PO Box 75906,   St. Paul, MN 55175-0906
16987852   +Ecmc,   1 Imation Place,   Oakdale, MN 55128-3422
16987853   +Ecmc,   Deutsche Ba,   1 Imation Pl,   Oakdale, MN 55128-3422
16987854    Harris Bar,   201 S. Grove Av.,   Barrinton, IL 60010-4493
16987855   +Harris N.A.,   111 W Monroe Llw,   Chicago, IL 60603-4095
16987856   +Hsbc/Mnrds,   90 Christiana Rd,   New Castle, DE 19720-3118
16987858   +Hsbc/Rs,   90 Christiana Rd,   New Castle, DE 19720-3118
16987857   +Hsbc/Rs,   Pob 15521,   Wilmington, DE 19850-5521
16987860  ++ILLINOIS DEPARTMENT OF REVENUE,   P O BOX 64338,   CHICAGO IL 60664-0338
            (address filed with court: Illinois Department of Revenue,   C/O Bankruptcy Department,
             100 West Randolph,   Level 7 Rm 425,   Chicago, IL 60601)
16987859    Idapp,   501 Bleecker St,   Utica, NY 13501-2498
17376621   +Karl Johnson,   c/o Chad M. Hayward,   343 W. Erie, Suite 230,   Chicago,IL 60654-5735
16990636   +Ketan Shah,   c/o Smith/Nicolau, P.C.,   162 N. Franklin, Suite 201,   Chicago, IL 60606-1861
16987862    Lasalle Bk,   425 Phillips Blvd,   Ewing, NJ 08618-1430
16987863   +New York Community Ban,   1801 E 9th St Ste 200,   Cleveland, OH 44114-3103
17477035   +Office Partners, Inc.,   3400 Dundee Road, Suite 235,   Northbrook, IL 60062-2346
17416505  ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
            (address filed with court: Portfolio Recovery Associates, LLC,   c/o Citibank,   POB 41067,
             Norfolk VA 23541)
16319868   +Rema Johnson,   2254 Greenview Road,   Northbrook, IL 60062-6631
16987867   +Rnb-Fields3,   Po Box 9475,   Minneapolis, MN 55440-9475
16987870    Select Financial Services,   PO Box 1070,   Jenkintown, PA 19046-7370
17477322   +Sheldon M. Lustig,   3400 Dundee Road, Suite 235,   Northbrook, IL 60062-2346
16990599   +Smith/Nicolau, P.C.,   162 N. Franklin, Suite 201,   Chicago, IL 60606-1861
16987871   +Swiss Colony Inc,   1112 7th Ave,   Monroe, WI 53566-1364
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16987839   +E-mail/PDF: gecsedi@recoverycorp.com Jun 28 2012 02:36:02     Abt Tv/Gemb,   Po Box 981439,
             El Paso, TX 79998-1439
16987851    E-mail/PDF: mrdiscen@discoverfinancial.com Jun 28 2012 03:37:06     Discover Fin,   Pob 15316,
             Wilmington, DE 19850
16987861   +E-mail/Text: cio.bncmail@irs.gov Jun 28 2012 00:42:55     Internal Revanue Service,   PO Box 7346,
             Philadelphia, PA 19101-7346
16987864   +E-mail/Text: bankrup@nicor.com Jun 28 2012 00:46:08     Nicor Gas,   1844 Ferry Road,
             Naperville, IL 60563-9600
16987865   +E-mail/Text: CLIENTSERVICES@NORTHWESTCOLLECTORS.COM Jun 28 2012 00:49:44     Northwest Collectors,
             3601 Algonquin Rd Ste 23,   Rolling Meadows, IL 60008-3126
16987866   +E-mail/Text: ally@ebn.phinsolutions.com Jun 28 2012 00:48:51     Nuvell Credt,   Po Box 380901,
             Bloomington, MN 55438-0901
16987868    E-mail/Text: ally@ebn.phinsolutions.com Jun 28 2012 00:48:51     Saab Fin,   P O Box 1762,
             Greeley, CO 80632-1762
16987869   +E-mail/Text: ally@ebn.phinsolutions.com Jun 28 2012 00:48:51     Saab Financial,
             17500 Chenal Pkwy Ste 20,   Little Rock, AR 72223-9131
                                                                                              TOTAL: 8
```

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: arodarte           Page 2 of 3              Date Rcvd: Jun 27, 2012
                              Form ID: pdf006          Total Noticed: 44
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 29, 2012**                        **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1          User: arodarte              Page 3 of 3                   Date Rcvd: Jun 27, 2012
                              Form ID: pdf006             Total Noticed: 44
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2012 at the address(es) listed below:
    David L Wisniewski   on behalf of Creditor  Office Partners, Inc. wlawpc@hotmail.com
    Glenn R Heyman   on behalf of Trustee Glenn Heyman gheyman@craneheyman.com,
    slydon@craneheyman.com;ecrane@craneheyman.com
    Glenn R Heyman   gheyman@craneheyman.com,
    il4a@ecfcbis.com;slydon@craneheyman.com;ecrane@craneheyman.com
    James M Philbrick   on behalf of Creditor  Nuvell Credit Company jmphilbrick@att.net
    Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
    Sheldon M. Lustig   on behalf of Creditor  Office Partners, Inc. slustig@lustiglaw.com
                                          TOTAL: 6

Case 10-47520 Doc 67 Filed 06/27/12 Entered 06/29/12 23:40:24 Desc Imaged
Certificate of Notice Page 7 of 7