**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: JOHNSON, KARL A         § Case No. 10-47520
                               §
                               §
Debtor(s)                      §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   GLENN R. HEYMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

   Assets Abandoned:  $500,400.00             Assets Exempt:  $21,600.00
   *(without deducting any secured claims)*

   Total Distribution to Claimants: $110,745.69     Claims Discharged
                                                    Without Payment:  $590,713.46

   Total Expenses of Administration: $19,298.90

   3) Total gross receipts of $   130,044.59   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     0.00    (see **Exhibit 2**), yielded net receipts of $130,044.59 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,833,159.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 20,198.90 | 19,298.90 | 19,298.90 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 106,793.00 | 594,666.15 | 594,666.15 | 110,745.69 |
| **TOTAL DISBURSEMENTS** | $1,939,952.00 | $614,865.05 | $613,965.05 | $130,044.59 |

    4) This case was originally filed under Chapter 7 on October 25, 2010. The case was pending for 22 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/21/2012    By: /s/GLENN R. HEYMAN
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking Account #2480061272347 Chase | 1129-000 | 121,510.60 |
| 2010 Dodge Caravan | 1129-000 | 8,500.00 |
| Interest Income | 1270-000 | 33.99 |
| **TOTAL GROSS RECEIPTS** | | **$130,044.59** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Chase | 4110-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Bank One | 4110-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Chase | 4110-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 4110-000 | 883,159.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Manhattan Mortgage | 4110-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Bank of America c/o Pierce & Associates | 4110-000 | 950,000.00 | N/A | N/A | 0.00 |
| NOTFILED | ABN AMRO Mortgage Group | 4110-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | LaSalle Bank | 4110-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | New York Community Bank | 4110-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Saab Financial | 4210-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Nuvell Credit | 4210-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Harris NA | 4210-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Saab Financial | 4210-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Chrysler Financial | 4210-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Chrysler Financial | 4210-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $1,833,159.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GLENN R. HEYMAN | 2100-000 | N/A | 9,752.23 | 9,752.23 | 9,752.23 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 6,812.50 | 5,912.50 | 5,912.50 |
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 80.04 | 80.04 | 80.04 |
| The Bank of New York Mellon | 2600-000 | N/A | 300.10 | 300.10 | 300.10 |
| The Bank of New York Mellon | 2600-000 | N/A | 363.79 | 363.79 | 363.79 |
| The Bank of New York Mellon | 2600-000 | N/A | -10.72 | -10.72 | -10.72 |
| The Bank of New York Mellon | 2600-000 | N/A | 320.18 | 320.18 | 320.18 |
| The Bank of New York Mellon | 2600-000 | N/A | 308.89 | 308.89 | 308.89 |
| The Bank of New York Mellon | 2600-000 | N/A | 340.20 | 340.20 | 340.20 |
| The Bank of New York Mellon | 2600-000 | N/A | 318.21 | 318.21 | 318.21 |
| The Bank of New York Mellon | 2600-000 | N/A | 354.11 | 354.11 | 354.11 |
| The Bank of New York Mellon | 2600-000 | N/A | 322.27 | 322.27 | 322.27 |
| The Bank of New York Mellon | 2600-000 | N/A | 332.72 | 332.72 | 332.72 |
| The Bank of New York Mellon | 2600-000 | N/A | 318.58 | 318.58 | 318.58 |
| The Bank of New York Mellon | 2600-000 | N/A | 285.80 | 285.80 | 285.80 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 20,198.90 | 19,298.90 | 19,298.90 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Illinois Department of Revenue | 5800-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 5800-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Ketan Shah | 7100-000 | N/A | 448,344.82 | 448,344.82 | 83,496.02 |
| 2 | ECMC | 7100-000 | unknown | 115,107.88 | 115,107.88 | 21,436.74 |
| 3 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 13,935.30 | 13,935.30 | 2,595.19 |
| 4 | Office Partners, Inc. | 7100-000 | N/A | 6,914.97 | 6,914.97 | 1,287.79 |
| 5 | Sheldon M. Lustig | 7100-000 | N/A | 10,363.18 | 10,363.18 | 1,929.95 |
| NOTFILED | HSBC/RS | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Idapp | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Swiss Colony, Inc. | 7100-000 | 32.00 | N/A | N/A | 0.00 |
| NOTFILED | Idapp | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | HSBC/RS | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 1,761.00 | N/A | N/A | 0.00 |
| NOTFILED | Idapp | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Northwest Collectors (Original Cred | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Select Financial Services | 7100-000 | 15,000.00 | N/A | N/A | 0.00 |
| NOTFILED | RNB-Fields3 | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | HSBC/Mnrds | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Conseco | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | ACS/College Loan Corp. | 7100-000 | 90,000.00 | N/A | N/A | 0.00 |
| NOTFILED | ABT TV/GEMB | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | College Loan | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Discover Financial | 7100-000 | unknown | N/A | N/A | 0.00 |

| NOTFILED | Citi | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Harris Bar | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Amex | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 106,793.00 | 594,666.15 | 594,666.15 | 110,745.69 |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-47520  
**Case Name:** JOHNSON, KARL A  

**Period Ending:** 08/21/12

**Trustee:** (330360) GLENN R. HEYMAN  
**Filed (f) or Converted (c):** 10/25/10 (f)  
**§341(a) Meeting Date:** 12/08/10  
**Claims Bar Date:** 06/29/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 2254 Greenview, Northbrook, IL 60062 | 500,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking Account #2480061272347 Chase | 60,000.00 | 60,000.00 | | 121,510.60 | FA |
| 3 | Misc. Household Goods | 200.00 | 0.00 | DA | 0.00 | FA |
| 4 | Misc. Clothing | 200.00 | 0.00 | DA | 0.00 | FA |
| 5 | 2010 Dodge Caravan | 15,000.00 | 11,200.00 | | 8,500.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 33.99 | FA |
| 6 | Assets   Totals (Excluding unknown values) | **$575,400.00** | **$71,200.00** | | **$130,044.59** | **$0.00** |

**Major Activities Affecting Case Closing:**

    Set 2004 Exam of Debtor for 04/21 (dk)

    12/30/2011: Debtor has paid for RTI of Dodge Caravan. Will have taxes prepared, claims checked and then close case.

**Initial Projected Date Of Final Report (TFR):** December 31, 2011      **Current Projected Date Of Final Report (TFR):** June 14, 2012 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 10-47520 | | Trustee: | GLENN R. HEYMAN (330360) |
|---|---|---|---|---|
| Case Name: | JOHNSON, KARL A | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******31-65 - Checking Account |
| Taxpayer ID #: | **-***2275 | | Blanket Bond: | N/A |
| Period Ending: | 08/21/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/19/10 | {2} | JPMorgan Chase Bank | Liquidation of Chase Bank Account | 1129-000 | 131,612.47 | | 131,612.47 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 0.97 | | 131,613.44 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.35 | | 131,616.79 |
| 01/10/11 | {2} | JPMorgan Chase Bank | Liquidation of Chase Bank account | 1129-000 | 24,841.66 | | 156,458.45 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.78 | | 156,462.23 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.60 | | 156,465.83 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.98 | | 156,469.81 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.85 | | 156,473.66 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 3.98 | | 156,477.64 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.28 | | 156,478.92 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.32 | | 156,480.24 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 300.10 | 156,180.14 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.32 | | 156,181.46 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 363.79 | 155,817.67 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -10.72 | 155,828.39 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.28 | | 155,829.67 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 320.18 | 155,509.49 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.32 | | 155,510.81 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 308.89 | 155,201.92 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.27 | | 155,203.19 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 340.20 | 154,862.99 |
| 12/30/11 | {5} | Karl A. Johnson & Rema S. Johnson | Settlement on Trustee's Right Title and Interest for 2010 Dodge Van | 1129-000 | 8,500.00 | | 163,362.99 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.31 | | 163,364.30 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 318.21 | 163,046.09 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 1.38 | | 163,047.47 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 354.11 | 162,693.36 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 322.27 | 162,371.09 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 332.72 | 162,038.37 |
| 04/26/12 | 1001 {2} | Rema Johnson | Funds belonging to Debtor's Wife | 1129-000 | -34,943.53 | | 127,094.84 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 318.58 | 126,776.26 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 285.80 | 126,490.46 |
| 07/26/12 | 1002 | GLENN R. HEYMAN | Dividend paid 100.00% on $9,752.23, Trustee Compensation; Reference: | 2100-000 | | 9,752.23 | 116,738.23 |
| 07/26/12 | 1003 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $5,912.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 5,912.50 | 110,825.73 |
| 07/26/12 | 1004 | Crane, Heyman, Simon, Welch & | Dividend paid 100.00% on $80.04, Attorney for | 3120-000 | | 80.04 | 110,745.69 |

Subtotals :    $130,044.59    $19,298.90

{} Asset reference(s)    Printed: 08/21/2012 04:17 PM    V.12.57

## Form 2

### Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 10-47520 | | Trustee: | GLENN R. HEYMAN (330360) |
|---|---|---|---|---|
| Case Name: | JOHNSON, KARL A | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******31-65 - Checking Account |
| Taxpayer ID #: | **-***2275 | | Blanket Bond: | N/A |
| Period Ending: | 08/21/12 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | Clar | Trustee Expenses (Trustee Firm);  Reference: | | | | |
| 07/26/12 | 1005 | Ketan Shah | Dividend paid  18.62% on $448,344.82; Claim# 1; Filed: $448,344.82; Reference: | 7100-000 | | 83,496.02 | 27,249.67 |
| 07/26/12 | 1006 | ECMC | Dividend paid  18.62% on $115,107.88; Claim# 2; Filed: $115,107.88; Reference: | 7100-000 | | 21,436.74 | 5,812.93 |
| 07/26/12 | 1007 | Portfolio Recovery Associates, LLC | Dividend paid  18.62% on $13,935.30; Claim# 3; Filed: $13,935.30; Reference: | 7100-000 | | 2,595.19 | 3,217.74 |
| 07/26/12 | 1008 | Office Partners, Inc. | Dividend paid  18.62% on $6,914.97; Claim# 4; Filed: $6,914.97; Reference: | 7100-000 | | 1,287.79 | 1,929.95 |
| 07/26/12 | 1009 | Sheldon M. Lustig | Dividend paid  18.62% on $10,363.18; Claim# 5; Filed: $10,363.18; Reference: | 7100-000 | | 1,929.95 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 130,044.59 | 130,044.59 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 130,044.59 | 130,044.59 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $130,044.59 | $130,044.59 | |

| Net Receipts : | 130,044.59 |
|---|---|
| Net Estate : | $130,044.59 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******31-65 | 130,044.59 | 130,044.59 | 0.00 |
| | $130,044.59 | $130,044.59 | $0.00 |

{} Asset reference(s)    Printed: 08/21/2012 04:17 PM    V.12.57